DANIEL A. BACON 065099
ANGELICA I. AMBROSE 299543
Attorneys at Law
5200 North Palm Avenue, Suite 408
Fresno, California  93704-2227
Telephone:  (559) 241-7000

Attorneys for RICKY REYNOLDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:15 cr 00104 AWI-SKO |
| Plaintiff, | ) | **DEFENDANT RICKY REYNOLDS'S** |
| | ) | **WAIVER OF APPEARANCE** |
| vs. | ) | |
| RICKY REYNOLDS, | ) | |
| Defendant, | ) | |
| _____ | ) | |

Defendant Ricky Reynolds hereby knowingly, voluntarily and intelligently waives his right to be present at any and all status conferences currently scheduled or which may be scheduled, where his presence is not necessary to ensure his constitutional rights.  Defendant Reynolds also knowingly, voluntarily and intelligently waives his right to be present at these proceedings under Federal Rules of Criminal Procedure, Rule 43. Defendant Reynolds agrees to be present at any hearing in which his presence is required by the court, and will be available and present for any scheduled trial.

Executed this 13th day of April, 2015, at Fresno, California.

/s/ Ricky Reynolds
RICKY REYNOLDS, Defendant

Executed this 13th day of April, 2015, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
RICKY REYNOLDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:15 cr 00104 AWI-SKO |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| RICKY REYNOLDS, | ) | |
| Defendant, | ) | |

This matter came before the court on defendant RICKY REYNOLDS'S request that his personal appearance at the scheduled status conferences be excused.  The court hereby grants the defendant's application and excuses his appearance unless ordered by the court.

IT IS SO ORDERED.


Dated: **April 15, 2015**                    _____**/s/ Gary S. Austin**_____
                                                  UNITED STATES MAGISTRATE JUDGE