DANIEL A. BACON 065099
ANGELICA AMBROSE JORGENSEN 299543
LAW OFFICES OF DANIEL A. BACON
2445 CAPITOL STREET, SUITE 160A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 412-4420

ATTORNEYS FOR RICKY REYNOLDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00104-AWI-SKO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND ORDER THEREON |
| vs. | ) | |
| RICKY REYNOLDS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that RICKY REYNOLDS' pretrial release condition (h) that reads "The defendant shall submit to drug or alcohol testing as approved by the Pretrial Services Officer. . . ." be deleted.

All other previously ordered conditions of release, not in conflict with this order, shall remain in full force and effect.

Ryan Beckwith, United States Pretrial Services officer, has been informed of this request and is not opposed thereto.

Dated: July 26, 2016.          PHILLIP A. TALBERT, Acting U.S. Attorney

/s/ Melanie Alsworth
_____
BY: MELANIE ALSWORTH,
Assistant United States Attorney
Attorney for Plaintiff

1
2  Dated: July 26, 2016.                    /s/ Daniel A. Bacon
3                                           _____
                                            DANIEL A. BACON,
                                            Attorney for Defendant
4                                           RICKY REYNOLDS
5
6                                           ORDER
7            IT IS SO ORDERED.
8
                                            Dated:   **July 28, 2016**
9  /s/ *Erica P. Grosjean*
10                                                   UNITED STATES
   MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28